**THE LAW OFFICE OF HILDA GONZÁLEZ GARZA, P.L.L.C.**
**205 EAST 5TH ST.**
**RIO GRANDE CITY, TEXAS 78582**
**TEL: (956) 263-1870**
**FAX: (956) 263-1871**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/8/2015 3:28:45 PM

KEITH E. HOTTLE
Clerk

January 7, 2015

Mr. Eloy Garcia,
District Clerk,
Office of the District Clerk,
2nd Floor, Starr County Courthouse
Rio Grande City, Texas 78582

**RE:** **Filing of Notice of Appeal**
**Cause No. CC-14-89**
**Case: The Marriage of Pedro Marquez, Jr. and Lisa A. Watkins and In the Interest of Pedro Marquez, III, Joaquin M. Marquez, and Mason R. Marquez, Minor Children; In the County Court at Law of Starr County, Texas**

Dear Mr. Garcia:

In the above-captioned and number case and on behalf of Petitioner, Pedro Marquez, Jr., I file Petitioner's Notice of Appeal.

The notice of appeal fee of fifteen ($15) dollars fee has been charged to my credit card for this filing.

Sincerely,

/s/
Hilda Gonzalez Garza
Attorney at Law

Encl.
oo/hgg